## CIVIL COVER SHEET

JS-44 (Rev. 7/16 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert Glegg<br>62 Bel Air Drive Oakville<br>ON L6J 7N1, Canada | J.Kerry. Sec. United States Department of State, Wasington, D.C. 20522-8100 and/or J. Alsace, C.Gen. U.S. Consulate Toronto, Canada 360 University Ave. Toronto, ON M5G1s4 |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Grant Kaplan
7100 W. Camino Real, Suite 100
Boca Raton, Florida 33433
(561) 347-8337

ATTORNEYS (IF KNOWN)

Unknown

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

○ **A.  Antitrust**

☐ 410  Antitrust

○ **B.  Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

○ **C.  Administrative Agency Review**

☐ 151 Medicare Act

**Social Security**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.  General Civil (Other)**          OR          ○ **F.  Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**Other Statutes**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

☐ 470 Racketeer Influenced & Corrupt Organization
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/ Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ◉ **I.** *FOIA/Privacy Act* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ◉ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1361 Mandamus to Compel Production Documents under FOIA 5 USC 522

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ 0.00<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
|---|---|---|---|

DATE: 07/05/2016   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## UNITED STATES DISTRICT COURT
### DISTRICT OF WASHINGTON, D.C.
### CIVIL DIVISION

| | |
|---|---|
| Robert Glegg,<br>62 Bel Air Drive Oakville<br>ON L6J 7N1, Canada | Case NO.:_____ |
| Plaintiff, | Judge:_____ |
| v. | Agency No.: F-2016-04437 |
| John Kerry, Secretary,<br>U.S. Department of State<br>Washington D.C. 20522-8100 | |
| and/or | |
| Juan A. Alsace, Consul General,<br>U.S. Consulate Toronto, Canada<br>360 University Avenue Toronto<br>ON M5G 1S4 | Complaint for Writ of Mandamus,<br>Declaratory Judgment, Injunctive<br>Relief and Production of Documents<br>Pursuant to FOIA and<br>EAJA Fees |
| Defendants. | |

## COMPLAINT FOR WRIT OF MANDAMUS, DECLARATORY JUDGMENT, INJUNCTIVE RELIEF AND PRODUCTION OF DOCUMENTS PURSUANT TO FREEDOM OF INFORMATION ACT

Plaintiff, Robert Glegg, by and through his undersigned attorney, sue Defendants Secretary John Kerry, U.S. Department of State and/or Juan A. Alsace, Consul General, U.S. Consulate Toronto, Canada and state as follows:

### JURISDICTION

This action arises under the United States Constitution and the Freedom of Information Act, 5 U.S.C. §§522(a)(2)(D), (4)(B). This Court has jurisdiction over this petition for a Writ of Mandamus under 28 U.S.C. Sec. 1331, and the Administrative Procedures Act (APA), 5 U.S.C. §§ 555(c), 704, 706(1), and the Mandamus Act 28 U.S.C. §1361.

### NATURE OF THE ACTION

1. This is an action for (i) mandamus relief (Count I); (ii) injunctive relief (Count II), (iii) declaratory relief pursuant to 28 USC §2201 (Count III) and production of documents and; (Count IV) attorneys' fees and costs pursuant to 28 USC §2412 (Count IV).

2. The claims for mandamus, injunctive relief, declaratory and production of documents seek, *inter alia,* an order compelling Defendants to afford Plaintiff due process rights guaranteed by the federal Constitution and U.S. law including access to documentation

pertaining to Plaintiff's minor daughter, OG, and applications that are believed to have been made to the U.S. Consulate in Toronto, Canada to which Plaintiff properly submitted a Freedom of Information Act (FOIA) request to the Department of State, which was improperly denied.

3.      The claims for declaratory relief seek, *inter alia,* a judicial declaration that the denial of Plaintiff's properly filed FOIA request was without basis in fact or law and contrary to and inconsistent with applicable statutes, regulations, and operating instructions, as well as contrary to and inconsistent with the due process clause of the Fifth Amendment to the United States Constitution. 5 U.S.C. §§ 552 (4) (B), 555(b), 702, 704; 28 U.S.C. § 1361;

4.      The claim for attorney's fees and costs seeks an assessment of the same against the Defendants pursuant to the Equal Access to Justice Act (EAJA), 28 USC §2412.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the subject matter of this case pursuant to 28 USC §§1331, 1346(a)(2), 1361 and 2201.

6.      Venue is proper in this district pursuant to 28 USC §1391(b), (e).

7.      Plaintiff has retained the law firm of **The Law Office of Grant Kaplan** to represent him in this action. Plaintiff is obligated to pay reasonable attorneys' fees and costs incurred in the prosecution of this cause. Plaintiffs have incurred costs and attorneys' fees in bringing this action.

8.      All conditions precedent, if any, to bringing this lawsuit have been waived, excused or have otherwise occurred.

## THE PARTIES

9.      Plaintiff, Robert Glegg, is a Canadian citizen, who, until recently, enjoyed sole and exclusive custody of his minor daughter, OG[1]. Plaintiff is in the midst of an ongoing custody battle with his ex-wife, Katalin Glegg.

10.     Plaintiff had previously filed with the Ontario Family Court a motion to find Katalin Glegg in breach of the sole custody order held by Plaintiff. That motion was denied but remains subject to an appeal.

11.     Plaintiff properly filed a FOIA request with the Department of State, as he believed that Katalin Glegg was responsible for OG to file an application for a visa to come to the United States in violation of the court order of sole custody to Plaintiff.

12.     At the time Plaintiff properly filed the FOIA with the Department of State, he maintained sole custody of the minor child, OG.

13.     Defendant Department of State is an agency of the federal government. Defendant Secretary John Kerry whose office address is Department of State, Washington D.C. 20522-8100. Secretary Kerry is being sued in his official capacity. Secretary Kerry is responsible for all functions of the Department of State.

14.     Defendant, Juan A. Alsace, is the Consul General of the U.S. Consulate in

---

[1] Pursuant to Local Rule 5.4(f), the name of the minor child has been redacted from this filing and any mention in the attached Exhibits in Support

Toronto, Canada. The Toronto, Canada consulate whose office address is 360 University Avenue, Toronto, ON M5G 1S4, Canada. The U.S. Consulate in Toronto is responsible for maintaining the records sought in the Plaintiff's FOIA request. Consul general Alsace is being sued in his official capacity. Consul General Alsace is responsible for all functions at the U.S. Consulate in Toronto, Canada.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

15.     No exhaustion of remedy requirement applies to Plaintiff's Complaint.

16.     None-the-less, Plaintiff and his counsel have made inquiries with the Defendants as to the properly file request for certain documentation without success and in an attempt to avoid the instant litigation.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

17.     This lawsuit arises from an improper and unlawful denial of Plaintiff's properly filed Freedom of Information Act request with the Department of State and the improper and unlawful withholding of the documents requested in such FOIA request.

16.     Plaintiff, Robert Glegg, is a Canadian citizen, father of OG and ex-husband to Katalin Glegg.

17.     OG, is a minor child, native and citizen of Canada, who, until very recently was under the sole and exclusive custody of her father, Robert Glegg.

18.     Katalin Glegg, is the ex-wife of Plaintiff Robert Glegg and the mother of OG.

19.     Robert Glegg and Katalin Glegg remain involved in custody matters and other disputes regarding Plaintiff's beliefs that Katalin Glegg had acted in such a way as to breach the terms of his sole and exclusive custody order by assisting, colluding or otherwise enticing OG to apply for a visa to come to the United States without the consent or knowledge of Plaintiff, who at the time, maintained exclusive and sole custody over OG.

20.     The **Law Office of Grant Kaplan** has made appearances on behalf of Plaintiff in these matters before the United States Department of State including the recent FOIA request. *See* Exhibit 1 attached to the Complaint filed on July 06, 2016 and incorporated by reference hereto.

21.     Pursuant to applicable federal law, regulation and operating instructions, Plaintiff made a proper request to the Department of State pursuant to the Freedom of Information Act, 5 U.S.C. § 522 (a)(2)(D).

22.     Defendant's improper and in violation of the same federal statutes, regulations and operating procedures summarily denied Plaintiff's request.

23.     The reasons upon which the denial of Plaintiff's FOIA request were based are without basis in fact or law.

24.     Plaintiff's requested fully complied with the applicable federal statutes and regulations. *See* 5 U.S.C. §552a(d).

25.     Defendant's denial of the FOIA request has become an emergency to Plaintiff as he continues to engage in litigation with his ex-wife over the custody of his minor daughter, OG.

26.     Defendant's denial of the FOIA request has resulted in a significant hardship upon Plaintiff as he is in limbo as to whether to continue litigation or not depending upon access to the documents he requested from the Defendant's.

27.     Counsel for Plaintiff has attempted to resolve this matter with Defendants without court intervention.  Counsel for Plaintiffs continued to pursue an amicable resolution of this matter and on several occasions deferred initiating litigation in an effort to reach agreement, however, these efforts failed. Only after any and all reasonable efforts at settlement were fully exhausted did counsel for Plaintiff cause the commencement of this lawsuit.

28.     Defendants refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants have willfully and unreasonably withheld the production of documents and have refused to permit Plaintiff an Index of the documents in the possession of the Defendants and have thus deprived Plaintiff of the right to review these records to which the Plaintiff is entitled.

29.     Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.,* and are unlawfully withholding production of otherwise releasable documents and they have failed to carry out their lawful duties as to the Plaintiff in this case.

## CLAIMS FOR RELIEF

30.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 29 above.

31.     Defendants owe a duty to Plaintiff to act on his properly made FOIA request.

32.     Defendants have failed to exercise this duty.

## COUNT I
### (Writ of Mandamus)

33.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 32 above.

34.     Plaintiff requests that this Honorable Court enter a Writ of Mandamus to compel Defendants to act in accordance with applicable federal statutes, regulations and operating procedures to release unto Plaintiff and produce the documents to which he requested in his FOIA submission.

35.     Plaintiff has been harmed by the denial of his properly made FOIA request to the Defendants and stands to lose parental custodial rights to which he enjoyed in regards to his minor daughter, OG.

36.     The denial of his FOIA request seriously harms the Plaintiff in pursuing his remedies in Ontario family court as to the believed violations and breaches of his prior sole and exclusive custody order and denies the Plaintiff, who possesses the right to the production of the documents suspected to be contained in the records in the exclusive control of the Defendants.

## COUNT II
### (Injunctive Relief)

37.     Plaintiffs re-allege and incorporate by reference as if set forth fully herein the statements in paragraphs 1 through 38 above.

38.     This is an action for injunctive relief against Defendants.

39.     Defendants have denied Plaintiff access to the production of documents sought in his properly made FOIA request upon reasons wholly without basis in fact or law.

40.     Defendants and any of Defendants' agents or other persons acting for, with, by, through or under any of them have caused a denial of Plaintiff the right to review and obtain the requested production of documents without affording Plaintiff due process under law, in violation federal constitutional rights.

41.     Defendants have denied Plaintiff his rights to the requested documents contrary to and inconsistent with applicable federal statutes, regulations, and operating instructions, thereby depriving Plaintiff of his federal constitutional rights.

42.     Unless immediately and permanently restrained by this Court, Plaintiff will suffer great and irreparable damage and injury through, *inter alia,* (a) continuing to Plaintiff access to documents to which he is legally entitled based upon reasons wholly without basis in fact or law; (b) causing damage to the Plaintiffs' ongoing litigation against his ex-wife for suspected violations and breaches of his prior sole and exclusive custody order.

43.     Defendants' aforesaid acts have caused and are causing great and irreparable damage to Plaintiff unless restrained by this Court, said irreparable injury will continue. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiffs request that judgment be entered in favor of Plaintiffs and against Defendants, and that Defendants and any of Defendants' agents or other persons acting for, with, by, through or under any of them:

(a)     be enjoined and restrained at first during the pendency of this action and thereafter permanently from withholding the production of documents requested in Plaintiffs FOIA request and produce such documents;

(b)     be compelled to vacate the summary denial of Plaintiffs request for production of documents and produce such documents;

(c)     be compelled to hold any and all such determinations as to the sufficiency of the reasons relied upon to issue the denial of Plaintiffs FOIA request;

(d)     be compelled from otherwise continuing to issue decisions as to the Plaintiff in the manner complained of in this Complaint;

(e)     be compelled to produce such documents as reasonably related to the FOIA request of the Plaintiff;

(f)     that the Court award all other such relief to Plaintiffs as this Court deems just, proper and equitable.

## COUNT III

### (Declaratory Relief and Production of Documents Pursuant to 28 USC §2201)

46.     Plaintiffs reallege and incorporate by reference as if set forth fully herein the statements in paragraphs 1 through 40 above.

47.     This is an action for declaratory relief pursuant to 28 USC §2201.

48.     A bona fide dispute has arisen between Plaintiff and the Defendants regarding the factual and legal sufficiency of the Plaintiff's FOIA request and the production of documents requested in such FOIA and Plaintiffs' due process and constitutional rights therein.

49.     Plaintiff is in doubt of his rights and have been prejudiced pursuant to the improper denial of his FOIA request for production of records and he is entitled to have such doubt removed and prejudice removed.

50.     Defendants have refused to follow federal law and provide Plaintiff the records to which he is entitled to request and receive.

WHEREFORE, Plaintiffs request that judgment be entered in favor of Plaintiffs and against Defendants, and that the Court enter a judgment:

(a)     declaring that the FOIA request and production of documents by Defendants and any of Defendants' agents or other persons acting for, with, by, through or under any of them was without basis in fact or law and contrary to and inconsistent with applicable federal statutes, regulations and operating instructions, as well as contrary to and inconsistent with the due process clause of the Fifth Amendment to the United States Constitution;

(b)     declaring that Defendants and any of Defendants' agents or other persons acting for, with, by, through or under any of them, may not take any steps to continue the effect of improperly withholding the requested records sought in Plaintiff's FOIA request;

(c)     declaring that Defendants and any of Defendants' agents or other persons acting for, with, by, through or under any of them must produce the documents sought by Plaintiff in his FOIA request;

(d)     declaring that Defendants and any of Defendants' agents or other persons acting for, with, by, through or under any of them may not otherwise continue to withhold the request documents in Plaintiff's FOIA in the manner complained of in this Complaint; and,

(e)     that the Court award all other such relief to Plaintiffs as this Court deems just, proper and equitable.

### COUNT IV
### (Attorneys' Fees and Costs Pursuant to 28 USC §2412)

51.     Plaintiff realleges and incorporate by reference as if set forth fully herein the statements in paragraphs 1 through 50 above.

52.     This is an action for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 USC §2412.

53. If Plaintiff prevails in this action, he will be eligible to receive an award under the EAJA, 28 USC §2412(d)(1)(B), (2)(H).

54. The position of the Government was and is not substantially justified under the EAJA, 28 USC §2412(d)(1)(B).

WHEREFORE, Plaintiff requests that judgment be entered in favor of Plaintiff and against Defendants, and that the Court enter a judgment awarding Plaintiff his reasonable attorneys' fees and costs pursuant to the EAJA, and that the Court award all other such relief to Plaintiff as this Court deems just, proper and equitable.

Dated this 6th day of July, 2016.

Respectfully submitted,

_____
Grant Kaplan, Esquire
Attorney for Plaintiff

**The Law Office of Grant Kaplan**
7100 W. Camino Real, Suite 100
Boca Raton, Florida 33433
(561) 347-8337
grant@gkaplanlaw.com

Washington D.C. Bar No. CO-0045

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing complaint was served by certified mail on  July 6, 2016 to:

John Kerry, Secretary U.S. Department of State
Department of State
Washington, D.C. 20522-8100


Juan A. Alsace. Consul General
United States Consulate – Toronto
360 University Avenue
Toronto, ON M5g 1S4
Canada

_____
Grant Kaplan, Esq.
Attorney for Plaintiff

**Law Office of Grant Kaplan**
7100 W. Camino Real , Suite 100
Boca Raton, Florida 33433
(561) 347-8337
grant@gkaplanlaw.com

# **INDEX OF EXHIBITS**

Civil Cover Sheet

Complaint

Exhibits:

Exhibit 1:      FOIA Request to Department of State dated May 03, 2016

Exhibit 2:      DOS Denial of FOIA dated May 09, 2016

Exhibit 3:      Certificate of Identity. Robert Glegg

Exhibit 4:      DOS FOIA Instructions

Exhibit 5:      E-mail submission to Department of Justice, May 05, 2016

Exhibit 6:      Affidavit of Robert Glegg

Exhibit 7:      Notice of Registration of Child Custody

Exhibit 8:      Final Custody Order dated March 06, 2015

Exhibit 9:      Judgment of Divorce

Exhibit 10:     Notice of Beach of Custody Order

1

The Law Office Of

# GRANT KAPLAN

7100 West Camino Real, Suite 100
Boca Raton, FL 33433

**Phone 561.347.8337 Fax 561.347.8292**

May 03, 2016

Office of Information Programs and Services
A/GIS/IPS/RL
U. S. Department of State
Washington, D. C. 20522-8100

Office of Information Programs and Services
A/GIS/IPS
U.S. Department of State, SA-2
Washington, DC 20522-8100

**Re:**     **Freedom of Information Act Request:**
          **Subject of Records: Olivia K. Glegg, minor child**
          **Requestor: Robert K. Glegg, parent**

Dear Adjudicating Officer:

Our office is representing Mr. Robert K. Glegg, parent of minor child, Olivia K. Glegg. Both individuals are Canadian citizens. Mr. Robert K. Glegg is Chief Executive Officer of 2Source Manufacturing, Inc. We are respectfully requesting a copy of any and all documents contained or held by the Department of State in regards to Olivia K. Glegg, specifically, any documentation in connection with a student visa application that is believed to have been submitted for consideration. I have attached a G-28 and G-639 for your consideration.

Until recently, Robert K. Glegg maintained permanent sole custody of Olivia K. Glegg, a minor. Our office is requesting that this FOIA request be expedited as it involves certain specific concerns regarding our client's custody of his daughter. This is currently a fluid situation and our office has been in contact with both the Department of Homeland Security and will be contacting the Department of Justice seeking assistance to expedite this request.

Thank you for your time and attention and careful consideration of this request. If any additional information is required, please contact this office.

Sincerely,

Martin A. Kascavage, Esq.
**Law Office of Grant Kaplan**

Enc./w. Documents



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 03/31/2018

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS ELIS Account Number *(if any)*

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Name and Address of Attorney or Accredited Representative

**2.a.** Family Name *(Last Name)* `Kaplan`

**2.b.** Given Name *(First Name)* `Grant`

**2.c.** Middle Name

**3.a.** Street Number and Name `7100 W. Camino Real,`

**3.b.** Apt. ☐  Ste. ☒  Flr. ☐ `100`

**3.c.** City or Town `Boca Raton,`

**3.d.** State `FL`   **3.e.** ZIP Code `33433`

**3.f.** Province `FL`

**3.g.** Postal Code `33433`

**3.h.** Country `USA`

**4.** Daytime Telephone Number `5613478337`

**5.** Fax Number `5613478292`

**6.** E-Mail Address *(if any)* `usrelocserv@aol.com`

**7.** Mobile Telephone Number *(if any)*

## Part 2. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before *(Select only one box)*:

**1.a.** ☒ USCIS

**1.b.** List the form numbers `All immigration matters`

**2.a.** ☐ ICE

**2.b.** List the specific matter in which appearance is entered

**3.a.** ☐ CBP

**3.b.** List the specific matter in which appearance is entered

I enter my appearance as attorney or accredited representative at the request of:

**4.** Select only one box:

☐ Applicant   ☐ Petitioner   ☐ Requestor

☐ Respondent (ICE, CBP)

### Information About Applicant, Petitioner, Requestor, or Respondent

**5.a.** Family Name *(Last Name)* `Glegg`

**5.b.** Given Name *(First Name)* `Robert`

**5.c.** Middle Name

**6.** Name of Company or Organization *(if applicable)* `Robert Glegg`

---



Form G-28   03/04/15  N

## Part 2. Notice of Appearance as Attorney or Accredited Representative (continued)

### Information About Applicant, Petitioner, Requestor, or Respondent (continued)

7. USCIS ELIS Account Number (if any)

   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

8. Alien Registration Number (A-Number) or Receipt Number

9. Daytime Telephone Number

   `4163995823`

10. Mobile Telephone Number (if any)

11. E-Mail Address (if any)

    `rglegg@2source.com`

### Mailing Address of Applicant, Petitioner, Requestor, or Respondent

**NOTE:** Provide the mailing address of the applicant, petitioner, requestor, or respondent. If the applicant, petitioner, requestor, or respondent has used a safe mailing address on the application, petition, or request being filed with this Form G-28, provide it in these spaces.

12.a. Street Number and Name    `62 Bel Air Drive`

12.b. Apt. ☐  Ste. ☐  Flr. ☐  [ ]

12.c. City or Town    `Oakville`

12.d. State `Ontari`  12.e. ZIP Code `L6J 7`

12.f. Province

12.g. Postal Code

12.h. Country

`416-399-5823`

## Part 3. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. (If you need additional space, use Part 6.)

   Licensing Authority
   `Washington`

1.b. Bar Number (if applicable)
   `32984`

1.c. Name of Law Firm
   `Law Offices of Grant Kaplan`

1.d. I (choose one) ☐ am not  ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. If you are subject to any orders, explain in the space below. (If you need additional space, use Part 6.)

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals, in accordance with 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

2.b. Name of Recognized Organization

2.c. Date accreditation expires
   (mm/dd/yyyy) ▶ [ ]



## Part 3. Eligibility Information for Attorney or Accredited Representative *(continued)*

3. ☐ I am associated with

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request.

**NOTE:** If you select this item, also complete Item Numbers 1.a. - 1.b. or Item Numbers 2.a. - 2.c. in **Part 3.** *(whichever is appropriate).*

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

4.b. Name of Law Student or Law Graduate

## Part 4. Applicant, Petitioner, Requestor, or Respondent Consent to Representation, Contact Information, and Signature

*Consent to Representation and Release of Information*

1. I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and DHS policy, I also consent to the disclosure to the named attorney or accredited representative of any record pertaining to me that appears in any system of records of USCIS, ICE or CBP.

When you (the applicant, petitioner, requestor, or respondent) are represented, DHS will send notices to both you and your attorney or accredited representative either through mail or electronic delivery.

DHS will also send the Form I-94, Arrival Departure Record, to you unless you select Item Number 2.a. in **Part 4.** All secure identity documents and Travel Documents will be sent to you (the applicant, petitioner, requestor, or respondent) unless you ask us to send those documents to your attorney of record or accredited representative.

If you do not want to receive original notices or secure identity documents directly, but would rather have such notices and documents sent to your attorney of record or accredited representative, please select all applicable boxes below:

2.a ☐ I request DHS send any notice (including Form I-94) on an application, petition, or request to the business address of my attorney of record or accredited representative as listed in this form. I understand that I may change this election at any future date through written notice to DHS.

2.b. ☐ I request that DHS send any secure identity document, such as a Permanent Resident Card, Employment Authorization Document, or Travel Document, that I am approved to receive and authorized to possess, to the business address of my attorney of record or accredited representative as listed in this form. I consent to having my secure identity document sent to my attorney of record or accredited representative and understand that I may request, at any future date and through written notice to DHS, that DHS send any secure identity document to me directly.

3.a. Signature of Applicant, Petitioner, Requestor, or Respondent

3.b. Date of Signature *(mm/dd/yyyy)* ▶ 05/03/2016

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date of Signature *(mm/dd/yyyy)* ▶ 05 03 2016

## Part 6.  Additional Information

Use the space below to provide additional information
pertaining to **Part 3., Item Numbers 1.a. – 1.d.**





# Freedom of Information/Privacy Act Request

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-639**
OMB No. 1615-0102
Expires 03/31/2017

**NOTE:** Use of this request is optional. Any written format for a Freedom of Information or Privacy Act request is acceptable.

▶ **START HERE - Type or print in black ink.**

## Part 1. Type of Request

Select **only one** box.

**NOTE:** If you are filing this request on behalf of another individual, respond as it would apply to that individual.

**1.a.** ☒ Freedom of Information Act (FOIA)

**1.b.** ☐ Privacy Act (PA)

**1.c.** ☐ Amendment of Record (PA only)

## Part 2. Requestor Information

**1.** Are you the Subject of Record for this request?
☐ Yes   ☒ No

If you answered "No" to **Item Number 1.**, provide the information requested in **Part 2.** If you answered "Yes" to **Item Number 1.**, skip to **Part 3.**

### Requestor's Full Name

**2.a.** Family Name (Last Name)  Kaplan

**2.b.** Given Name (First Name)  Grant

**2.c.** Middle Name

### Requestor's Mailing Address

**3.a.** In Care Of Name (if any)  Grant  Kaplan

**3.b.** Street Number and Name  7100 W. Camino Real,

**3.c.** ☐ Apt. ☒ Ste. ☐ Flr.  100

**3.d.** City or Town  Boca Raton,

**3.e.** State  FL   **3.f.** ZIP Code  33433

**3.g.** Province

**3.h.** Postal Code

**3.i.** Country  United States

### Requestor's Contact Information

**4.** Requestor's Daytime Telephone Number
(561) 347-8337

**5.** Requestor's Mobile Telephone Number (if any)
(561)306-1196

**6.** Requestor's Email Address (if any)
usrelocserv@aol.com

### Requestor's Certification

By my signature, I consent to pay all costs incurred for search, duplication, and review of documents up to $25. (See Form G-639 Instructions for more information.)

**7.a.** Requestor's Signature

**7.b.** Date of Signature  (mm/dd/yyyy)  05/03/2016

## Part 3. Description of Records Requested

**NOTE:** While you are not required to respond to every item in **Part 3.**, failure to provide complete and specific information may delay processing of your request or create an inability for U.S. Citizenship and Immigration Services (USCIS) to locate the records or information requested.

**1.** **Purpose (Optional:** You are not required to state the purpose of your request. However, providing this information may assist USCIS in locating the records needed to respond to your request.)

Legal representation

### Full Name of the Subject of Record

**2.a.** Family Name (Last Name)  Glegg

**2.b.** Given Name (First Name)  Olivia

**2.c.** Middle Name

## Part 3.  Description of Records Requested (continued)

### Other Names Used by the Subject of Record (include nicknames, aliases, and maiden name, if applicable)

3.a. Family Name (Last Name) | Glegg
3.b. Given Name (First Name) | Olivia
3.c. Middle Name | Katalin

### Full Name of the Subject of Record at Time of Entry into the United States

4.a. Family Name (Last Name) | Glegg
4.b. Given Name (First Name) | Olivia
4.c. Middle Name |

### Other Information About the Subject of Record

5. Form I-94 Number Arrival-Departure Record

   ▶ n / a

6. Alien Registration Number (A-Number) (if any)

   ▶ A-

7. Application, Petition, or Request Receipt Number

   ▶ n / a

### Information About Family Members that May Appear on Requested Records

For example, provide the requested information about a spouse or children.  If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

**Family Member 1**

8.a. Family Name (Last Name) |
8.b. Given Name (First Name) |
8.c. Middle Name |
9. Relationship |

**Family Member 2**

10.a. Family Name (Last Name) |
10.b. Given Name (First Name) |
10.c. Middle Name |
11. Relationship |

### Parents' Names for the Subject of Record

**Father**

12.a. Family Name (Last Name) |
12.b. Given Name (First Name) |
12.c. Middle Name |

**Mother**

13.a. Family Name (Last Name) |
13.b. Given Name (First Name) |
13.c. Middle Name |
13.d. Maiden Name (if applicable) |

## Part 4.  Verification of Identity and Subject of Record Consent

**NOTE:**  The information requested in **Part 4.** is **REQUIRED.** Complete all applicable **Item Numbers.**  In addition, the Subject of Record MUST sign **Part 4.** of this request.

### Full Name of the Subject of Record

1.a. Family Name (Last Name) | Glegg
1.b. Given Name (First Name) | Olivia Katalin
1.c. Middle Name |

## Part 4.  Verification of Identity and Subject of Record Consent (continued)

### Mailing Address for the Subject of Record

2.a. In Care Of Name (if any)

LAW OFFICE OF GRANT KAPLAN

2.b. Street Number and Name

7100 West Camino Real

2.c. ☐ Apt.  ☒ Ste.  ☐ Flr.  100

2.d. City or Town

Boca Raton

2.e. State  FL    2.f. ZIP Code  33433

2.g. Province

2.h. Postal Code

2.i. Country

USA

### Other Information for the Subject of Record

3. Date of Birth  (mm/dd/yyyy)  07/17/1999

4. Country of Birth

Canada

### Contact Information for the Subject of Record

Providing this information is **optional**.

5. Daytime Telephone Number

905-361-9998

6. Mobile Telephone Number (if any)

416-399-5823

7. Email Address (if any)

rglegg@2source.com

### Signature and Notarized Affidavit or Declaration of the Subject of Record

Select only one box.

**NOTE:** The Subject of Record MUST provide a signature in **Item Number 8.a.** Notarized Affidavit of Identity **OR Item Number 8.b.** Sworn Declaration Under Penalty of Perjury.  If the Subject of Record is deceased, read **Item Number 8.c.** and attach proof of death.

8.a. ☐ **Notarized Affidavit of Identity** (Do NOT sign and date below until the notary public provides instructions to you.)

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.**  I also consent to pay all costs incurred for search, duplication, and review of documents up to $25 (if filing this request for myself).

_____
Signature of Subject of Record

_____
Date of Signature (mm/dd/yyyy)

Subscribed and sworn to before me on this _____

day of _____ in the year _____.

Daytime Telephone Number _____

_____
Signature of Notary

My Commission Expires on _____

8.b. ☒ **Declaration Under Penalty of Perjury**

By my signature, I consent to USCIS releasing the requested records to the requestor (if applicable) named in **Part 2.** I also consent to pay all costs incurred for search, duplication, and review of documents up to $25 (if filing this request for myself).

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

_____
Signature of Subject of Record

05/03/2016
_____
Date of Signature (mm/dd/yyyy)

8.c. **Deceased Subject of Record** (NOTE: You MUST attach an obituary, death certificate, or other proof of death.)

## Part 5. Additional Information

If you need extra space to provide any additional information within this request, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with your request or attach a separate sheet of paper. Type or print the name of the Subject of Record and his or her A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which the information refers; and sign and date each sheet.

**1.a.** Family Name (Last Name) — Glegg

**1.b.** Given Name (First Name) — Olivia

**1.c.** Middle Name

**2.** Alien Registration Number (A-Number) (if any)

▶ A-

**3.a.** Page Number **3.b.** Part Number **3.c.** Item Number

**3.d.**

**4.a.** Page Number **4.b.** Part Number **4.c.** Item Number

**4.d.**

**5.a.** Page Number **5.b.** Part Number **5.c.** Item Number

**5.d.**

**6.a.** Page Number **6.b.** Part Number **6.c.** Item Number

**6.d.**

I NOTE THAT, I, ROBERT GLEGG, FATHER OF OLIVIA GLEGG, HAD SOLE-CUSTODY OF OLIVIA FROM SEPTEMBER 5, 2014 TO APRIL 27, 2016.

**7.a.** Requestor's Signature (or Subject of Record's Signature if you are filing this request for yourself)

**7.b.** Date of Signature (mm/dd/yyyy) — 05/03/2016

2.



United States Department of State

*Washington, D.C. 20520*

MAY - 9 2016

Dear Requester:

RE: ~~Student visa application records for~~ ~~████████~~

This is in response to your request dated May 3, 2016, which was received on May 5, 2016. We have assigned Case Control Number F-2016-04437 to your request.

Based on our review of your correspondence, we have determined that we cannot process your request for the following reason(s):

✓ You have not reasonably described the records you seek in a way that someone familiar with Department records and programs could locate them. (*visa details*)

✓ You have not provided identifying information (such as your date and/or place of birth, or the <u>date and/or place of birth for all parties</u> associated with your request; citizenship status for all parties associated with your request).

_____ You have not provided proof of your identity (see attached information sheet pertaining to certification of identity).

_____ Some or all of the records you have requested do not appear to be State Department records (other agency information may be enclosed).

_____ The records you seek are in the public domain.

_____ Your request is not dated.

✓ You have submitted your identifying information on forms that were not issued by the State Department, which we do not accept.

_____ You have not agreed to pay the fees associated with the processing of your request.

_____ Your request is not a FOIA Request.

_____ Your request was not submitted in English.

Accordingly, your request is invalid and your case has been closed.

✓ Please see the enclosed information sheet pertaining to access to third party information.

_____ Please see the enclosed information sheet pertaining to custodial verification.

Should you want to contact us, you may call our FOIA Requester Service Center on (202) 261-8484 or send an email to FOIAstatus@state.gov. If you want information concerning how to file a request, please refer to the Information Access Guide which is available at www.foia.state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

3.

 F-2016-04437

U.S. Department of State

## CERTIFICATION OF IDENTITY

| | |
|---|---|
| 1. Full Name of Requester [1] (*Last, First, MI*)   Glegg, Robert K. | 2.  Date of Birth (*mm-dd-yyyy*)   06-01-1951 |
| 3.  Full Name of Subject of Records   Glegg, Olivia K. | 4. Citizenship Status   Canadian |
| 5.  Current Address   62 Bel Air Drive, Oakville, Ontario, Canada L6J 7N1 | 6.  Place of Birth   Montreal, Canada |

### Third Party Authorization
Complete this section if you are authorizing release of your records to another person.

I,   Robert Glegg _____, pursuant to 5 U.S.C. Section 552a(b),

authorize the U.S. Department of State to release any and all information relating to me to

Name of Third Party   Grant Kaplan Attorney _____

Address of Third Party   7100 W Camino Real, Suite 100, Boca Raton, Florida 33433 _____

Type of Third Party (check one):   ☐ Parent   ☐ Custodial Guardian   ☒ Legal Representation   ☐ Other _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature _____   Date (*mm-dd-yyyy*)   06-02-2016

### PRIVACY ACT STATEMENT

**AUTHORITIES:** The information is sought pursuant to 22 CFR Section 171; 5 U.S.C. Section 552a (the Privacy Act of 1974); 5 U.S.C 552 (Freedom of Information Act).

**PURPOSE:** The information solicited on this form will be used to identify the individuals submitting requests by mail under the FOIA and Privacy Act of 1974, 5 U.S.C. Section 552a. This solicitation is to ensure that the records of individuals who are the subject of U.S. Department of State records are not wrongfully disclosed by the Department. The information furnished may also be used to provide third party authorization.

**ROUTINE USES:** The information on this form will only be used to certify identification and will not be shared with other offices or agencies. More information on the Routine Uses for the system can be found in the System of Records Notice State-35, Information Access Program Records.

**DISCLOSURE:** Providing this information is voluntary. Failure to provide the information requested on this form may result in less information being disclosed in a FOIA or Privacy Act request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S. C. Section 552a(i)(3).

---

[1] Name of individual who is the subject of the record(s) sought.
[2] Individuals submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Name of individual who is the subject of the record(s) sought.

DS-4240
05-2013

4.

# How to Request Visa Records

**STEP 1**

*Determine where the records you are seeking are kept.*

The Department of State maintains the following visa records:

1. Correspondence previously sent to or given to the applicant by the post
2. Civil documents presented by the applicant
3. Visa applications and any other documents submitted by the applicant to the Department in the form in which they were submitted.

Inquiries on visa cases in progress overseas should be made to the appropriate U.S. Embassy or Consulate handling your case.

Immigration records for individuals who already immigrated to the United States and have been issued a permanent resident alien card, also known as a "green card," are with the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).

For more information on where visa records are maintained, you may wish to view the Visa Records Contact Information. You may also wish to visit the Office of Visa Services ✍.

**STEP 2**

*Draft your request.*

There are no special forms required for making a request for visa records. When submitting a request, please include 1) a notarized statement or a statement signed under penalty of perjury stating that you are the person that you say you are and 2) your signature.

If you are signing under penalty of perjury, your request should be dated and should have your signature with the following statement:

"I [declare, certify, verify, or state] under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct."

The following information should be provided with your request:
- Full Name (surname(s), given name(s), other distinguishing information (such as Jr., Sr., III), and any aliases or other names used)
- Date and place of birth (country, state/province, and city)
- Visa type (immigrant/non-immigrant, and specific type of visa within these broad categories)
- Location of embassy/consulate where visa was issued/denied/pending
- Case number or Receipt number if the Case number is unknown (this is for immigrant visas only)
- Whether the visa was issued or denied, and date of such action (if unknown, please provide an approximate range of dates)
- What specific documents are requested
- Current address and phone number
- Citizenship status
- Additional comments to help locate the record.

### Immigrant Visas

If you are requesting information concerning the application of an immigrant visa, you should provide a statement from the petitioner and all beneficiaries authorizing you to receive their personal information. This statement should have a signature and be dated and either notarized or submitted under penalty of perjury.

For more information, go to Authorization for the Release of Records to Another Individual.

In general, under the provisions of the FOIA and Privacy Act, access to information about private individuals cannot be given to unauthorized third parties absent the individuals' written consent. The Department of State **can and will** process requests without consent, but release of records will be severely limited to protect the privacy of the subject individuals.

### Please Note

Section (b)(3) of the Freedom of Information Act exempts from disclosure those agency records that are otherwise protected from release by federal statutes other than the FOIA. One such statute is section 222(f) of the Immigration and Nationality Act (8 USC, section 1202 (f) ✍), which renders confidential those records of the Department of State pertaining to the issuance or refusal of visas or permits to enter the United States. As a result, you should be aware that information the Department is allowed to release is severely limited and visa records are generally exempt from disclosure under the (b)(3) exemption to the FOIA. This is the case regardless of whether the requester is a third party or the visa applicant him/herself.

**STEP 3**

*Send your request to the Department of State*

You may mail or fax your request for Department of State records to the following:

Office of Information Programs and Services
A/GIS/IPS/RL
U. S. Department of State
Washington, D. C. 20522-8100
Facsimile: (202) 261-8579

Please write "Freedom of Information Act" or "Privacy Act" on the envelope or the subject line of your fax.

**Please Note**

If you submit a request that lacks sufficient information to enable us to process, you will be notified of what further information we need. In order to ensure the Department has everything we need to process your request, please review the Checklist for Personal Records and the appropriate checklist for visa requests (Checklist for Immigrant Visa Records or Checklist for Non-Immigrant Visa Records).

5.

## YOUR MESSAGE TO THE DEPARTMENT OF JUSTICE

Messages to the Department of Justice, including the Attorney General, may be submitted via this form.

Your question or comments will be forwarded to the responsible Department of Justice component for appropriate handling.

Please note:

- Before sending us your name or email address, please read our <u>Privacy Policy</u> for details about how we handle personal information.
- This form should not be used for service of official, case-related or legal documents because it is not monitored for such submissions or for other time-sensitive communications.
- If you know the specific organization or official you wish to contact, please indicate such in your message or check the <u>Component Contact Information Page</u> to contact them directly.

In some instances the volume of  communication on a particular issue is such that we cannot respond to each message individually. We would like you to know, however, that all incoming messages are forwarded to the appropriate organization within the Department of Justice and you can be assured that your voices and views are being heard.

**Name**    Martin A. Kascavage, Esq

**Email Address**    martin.kascavage@gkaplanlaw.com

**Please choose the general topic of your message: ***

Immigration

**Your message to the Department of Justice ***

Dear Sir/Madame:

I am an attorney with The Law Office of Grant Kaplan, located in Boca Raton, Florida. Our office engages primarily in immigration matters. One of our clients, Robert Keith Glegg, CEO of 2Source Manufacturing, Inc., a Canadian citizen has been going through an ongoing dispute in regards to his minor daughter, Olivia K. Glegg, for whom he had until just recently maintained permanent sole custody. Robert's ex-wife, Katalin (Tika) Gigi Judit Glegg, had previously been found by a Canadian court to have unlawfully detained the minor child, Olivia K. Glegg. Recently we believed that Mrs.

Submit

*Updated August 5, 2015*



### Affidavit of Robert Keith Glegg

I, Robert Keith Glegg, CEO, hereby affirm the contents of this affidavit and its attachments, regarding violations by my ex-wife, Katalin (Tika) Gigi Judit Glegg ("Tika"), with respect to the custody of our daughter, O███ G███ ("O███"), and in furtherance thereof and in seeking the protection of the United States government against the recurrence of such violations or similar violations, I hereby state the following:

1.  I, Robert Keith Glegg, am a citizen of Canada. I reside at 62 Bel Air Drive Oakville, Ontario, Canada, along with █████, for whom I have permanent sole-custody through July 17, 2017 by permanent sole-custody court orders that are in place in Ontario, Canada and Florida, USA. *Please refer to the Final Florida Sole-Custody Custody Court Order of March 16, 2015, which mirrors the Final Ontario Sole-Custody Court Order of March 6, 2015, both of which are attached hereto as Exhibit 1.*

2.  Tika, █████'s mother, resides in the United States at 2816 NE 24th Place Ft. Lauderdale, Florida 33305.

3.  █████'s mother, Tika, and I are divorced. *Please refer to our Divorce Judgement of May 8, 2002, attached hereto as Exhibit 2. Please refer to a copy of █████'s Canadian Passport, issued on May 14, 2013, attached hereto as Exhibit 3.*

4.   My sole concern in this matter is to protect ▓▓▓ from harassment from her mother resulting from any future violations by her mother of the permanent sole-custody court orders in place in Ontario and Florida. I have a responsibility to provide ▓▓▓ with unfettered enjoyment of her life and the opportunity to grow into a young woman pursuant to my rights as the sole-custodian parent under the permanent sole-custody court orders in place in Ontario and Florida.

5.   Tika, ▓▓▓'s mother, has now breached the permanent sole-custody court orders because of Tika's actions with respect to an application that was filed with the University of Miami in late 2015 for ▓▓▓ to attend the University of Miami beginning in September of 2016, almost a year before the expiration of my permanent sole-custody court orders. *Please refer to the University of Miami Acceptance Letters, December 17 and 18, 2015, sent to Tika's home address, attached hereto as Exhibit 4.*

6.   Tika's actions constituted encouragement and enticement to bring ▓▓▓ into the United States in violation of the law and is prohibited conduct under INA Sec. 212.

7.   As a result of this breach of my permanent sole-custody court orders, with respect to the University of Miami application, which is in contravention of the provisions of my permanent sole-custody court orders and which application was not instituted with my knowledge or my approval, I have initiated litigation against Tika as of April 7, 2016. *Please refer to the*

*Letter RE: Notice of Motion RE: University of Miami, April 7, 2016, attached hereto as Exhibit 5.*

8.   Upon reason and belief it is suspected that Tika is either maintaining a non-immigrant visa or in the process of securing lawful permanent resident status in the United States.

9.   I am extremely concerned because the events which occurred at the University of Miami do not represent the first time that Tika has attempted to interfere with my custody rights regarding ▆▆▆, our daughter.

10.  On August 29, 2014, while ▆▆▆ was visiting Tika, her mother, in Florida on a 9 day trip prior to starting school in Ontario, I received a letter, without notice or warning, from Tika's lawyer, saying that ▆▆▆ was not going to be returned to me in Ontario as per our agreement at the time, and that, in fact, ▆▆▆ had been enrolled in a Ft. Lauderdale High School and was going to stay with her mother in Florida . *Please refer to the Letter That ▆▆▆ Will Be Held In Fort Lauderdale, Florida, from Tika's Lawyer of August 29, 2014, attached hereto as Exhibit 6.*

11.  On September 3, 2014, an Ontario Court, which had jurisdiction over the matter, issued an endorsement that found that "….▆▆▆ is unlawfully detained by her mother in Fort Lauderdale, Florida……" *Please refer to page 4 (other pages are also included) of the Ontario Court*

*Endorsement dated September 3, 2014, attached hereto as Exhibit 7. .*

12. On September 3, 2014, an Ontario Court issued a temporary court order granting me interim sole-custody and police pick up rights for ▮▮▮▮. Two days later, on September 5, 2014, a Florida court mirrored the September 3, 2014 Ontario Court Order. *Please refer to the Ontario Temporary Court Order dated September 3, 2014 and the Florida Temporary Court Order dated September 05, 2014, both of which are attached hereto as Exhibits 8 and 9 respectively.*

13. Thus, Tika has been found to have previously broken the law (in 2014) by unlawfully withholding custody and detaining ▮▮▮▮, our daughter. *Please refer to page 4 (other pages are also included) of the Ontario Endorsement dated September 3, 2014, attached hereto as Exhibit 7.*

14. Recently, in late 2015, Tika has taken actions that are in violation of my permanent sole-custody court orders that are in place in Ontario and Florida. Tika has, in fact, sought to circumvent such lawful court orders by attempting to entice our daughter to leave my custody and move to the United States.

15. Tika's actions are in breach of the permanent sole-custody court orders in place in both Ontario and Florida. *Please refer to the Letter RE: Notice of Motion RE: University of Miami, April 7, 2016,*

Affidavit of Robert Keith Glegg - 4

*attached hereto as Exhibit 5. Please refer to the Final Florida Sole-Custody Court Order of March 16, 2015 and the Final Ontario Sole-Custody Court Order of March 6, 2015, attached hereto as Exhibit 1.*

16.    I am extremely concerned that Tika will violate the permanent sole-custody court orders issued by Ontario and Florida again in the future.

17.    I have reason to believe that Tika's actions are in violation of US and Canadian law. Specifically, I have been advised that Tika is in violation of Section 237(a)(E) of the Immigration and Nationality Act, 8 U.S.C. Sec. 1237(a)(E) for attempting, enticing or encouraging someone to enter the United States in violation of law, as well as, Section 787.03 of Florida law relating to child abduction and 22 U.S.C. Sec. 9001 relating to child abduction and relief under the Hague Convention.

18.    I am advised that this matter remains within the purview of the United States Department of Homeland Security, as it relates to the actions of a foreign national, an "alien," who is in violation of US law, Florida State law, and Canadian law.

19.    I am requesting that Tika's actions be thoroughly reviewed by the United States government to determine whether, at law, she is in violation of her status in the United States and that appropriate actions be taken by the United States government to deal with any such violations.

The foregoing is true and complete to the best of my knowledge, information and belief.

Robert Glegg

Sworn and Subscribed Before Me

This 11th day of April, 2016

Notary

George Demetriou
Barrister & Solicitor
Notary Public and Commissioner of Oaths
in and for the province of Ontario.
My commission is of unlimited duration.
No legal advice given.

Walk-In Notary
4 Robert Speck Parkway, Suite 1500
MISSISSAUGA, ONTARIO
L4Z 1S1

7.

*This is Exhibit 1 of the affidavit of Robert Glegg, Sworn before me on April 11, 2016 at Mississauga, Ontario.*

George Demetriou
Barrister & Solicitor
Notary Public and Commissioner of Oat
in and for the province of Ontario.
My commission is of unlimited duration
No legal advice given.

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. FMCE 14-9896 (36) (93)

IN RE: THE MATTER OF

ROBERT KEITH GLEGG,

      Petitioner,

and

KATALIN (TIKA) VAN DEN HURK,
a/k/a KATALIN (TIKA) GIG
JUDIT GLEGG,

      Respondent.

_____/

## NOTICE OF REGISTRATION OF CHILD CUSTODY DETERMINATION PURSUANT TO FLORIDA STATUTES §61.528

The Petitioner/Former Husband, ROBERT KEITH GLEGG, through undersigned counsel, files this Notice of Registration of Child Custody Determination pursuant to Florida Statute §61.528, and states:

1.    The parties are the divorced parents of a 15 year old daughter, O█ G████.

2.    The Former Husband resides in Oakville, Ontario and the Former Wife, who has remarried, resides in Fort Lauderdale, Florida.

3.    On March 6, 2015, the Superior Court of Justice in Ontario entered an Order which determines and sets forth the legal custody, physical custody, residential care, and visitation of the parties with O█. G████.

Law Offices of Brydger & Porras, LLP
Family Law Lawyers
100 NE Third Avenue • Suite 480 • Fort Lauderdale • Florida • 33301
Telephone (954) 527-2855 • Facsimile (954) 527-4166

4.      The Superior Court of Justice in Ontario Order requires the parties to cooperate in arranging for the terms of the Order to be mirrored in an Order of the Court in Fort Lauderdale, Florida.

5.      This Notice is being filed pursuant to Fla.Stat. 61.528 (1)(a).

6.      Pursuant to Fla.Stat. 61.528 (1)(b), two copies of the Superior Court of Justice in Ontario Order, including one (1) certified copy, are attached as Composite Exhibit "A".

7.      To the best of the Former Husband's knowledge and belief, the March 6, 2015 order has not been modified.  Pursuant to Fla.Stat. 61.528 (1)(b), the Former Husband's affidavit to that effect is attached as Exhibit "B".

8.      Pursuant to Fla.Stat. 61.528 (1)(c), the name and address of the person seeking registration are as follows:

> Robert Keith Glegg
> 62 Bel Air Drive
> Oakville, Ontario
> L6J7N1, Canada

9.      Pursuant to Fla.Stat. 61.528 (1)(c), the name and address of the parent who has been awarded visitation in the child custody determination sought to be registered are as follows:

> Katalin (Tika) Gigi Judit Glegg
> 2816 NE 24th Place
> Fort Lauderdale, Florida

10.     Pursuant to Fla.Stat. 61.528 (3)(a), the Former Wife, KATALIN (TIKA) GIGI JUDIT GLEGG, is hereby notified that a registered determination is enforceable as of the date of the registration in the same manner as a determination issued by a court of this state.

Law Offices of Brydger & Porras, LLP
Family Law Lawyers
100 NE Third Avenue • Suite 480 • Fort Lauderdale • Florida • 33301
Telephone (954) 527-2855 • Facsimile (954) 527-4166

11.     Pursuant to Fla.Stat. 61.528 (3)(a), the Former Wife, KATALIN (TIKA) GIGI JUDIT GLEGG, is hereby notified that a hearing to contest the validity of the registered determination must be requested within 20 days after service of this Notice.

12.     Pursuant to Fla.Stat. 61.528 (3)(a), the Former Wife, KATALIN (TIKA) GIGI JUDIT GLEGG, is hereby notified that failure to contest the registration will result in confirmation of the child custody determination and preclude further contest of that determination with respect to any matter that could have been asserted

13.     The Former Husband asks this Court to register the March 6, 2015 Order of the Superior Court of Justice in Ontario as a foreign child custody judgment.

WHEREFORE, the Former Husband, ROBERT KEITH GLEGG, files this Notice of Registration of Child Custody Determination pursuant to Florida Statutes §61.528.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be furnished via service of process to the Former Wife, Katalin (Tika) Gigi Judit Glegg.

MARCH 16, 2015
Date

BRYDGER & PORRAS, LLP
Attorney for Petitioner
100 NE Third Avenue, Suite 480
Fort Lauderdale, FL 33301
Telephone: 954-527-2855
Facsimile: 954-527-4166
courtdocuments@brydgerporras.com

By: /s/ Gordon C. Brydger
    GORDON C. BRYDGER, ESQ.
    Florida Bar No.: 236527

ONTARIO
Superior Court of Justice

*(Name of Court)*

491 Steeles Avenue East, Milton L9T 1Y7

*(Court office address)*

| Court File Number |
|---|
| 4805/14 |

Form 25: Order (General)

☐ Temporary
☒ Final

Applicant(s)

TRUE
CERTIFIED
ORIGINAL

COPIE
ET CERTIFIÉE
DATE/FAIT LE   MAR 0

Clerk of the Court
Ontario Court of Justice

| Full legal name & address for service: street, number, municipality, postal code telephone & fax numbers & e-mail address (if any). | Lawyer's name & address: street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any). |
|---|---|
| Robert Keith Glegg<br>62 Bel Air Drive<br>Oakville, Ontario<br>L6J 7N1 | Thomas Bastedo, Q.C. Samantha Chousky<br>Bastedo Family Law<br>180 Dundas Street West<br>Suite 1800<br>Toronto, Ontario M5G 1Z8<br>Tel: 416-595-1916<br>Fax: 416-596-7538<br>tbastedo@bastedofamilylaw.com |

The Honourable

*G. Miller*

Judge (Print or type name)

*4 March 15*

Date of order

Respondent(s)

| Full legal name & address for service: street, number, municipality, postal code telephone & fax numbers & e-mail address (if any). | Lawyer's name & address: street, number, municipality, postal code, telephone & fax numbers & e-mail address (if any). |
|---|---|
| Katalin (Tika) Gigi Judit Glegg<br>2816 NE 24th Place<br>Fort Lauderdale, Florida | Linda Sapiano<br>Barrister, Solicitor, Mediator<br>25 Main Street West<br>15th Floor<br>Hamilton, Ontario L8P 1H1<br>Tel: 905 522 2040<br>Fax: 905 528 8808<br>linda@sapianolaw.com |

The court heard an application/motion made by *(name of person or persons)*

The Applicant, Robert Keith Glegg, on Consent of both parties.

The following persons were in court *(names of parties and lawyers in court)*

The court received evidence and heard submissions on behalf of *(name or names)* Robert Keith Glegg and Katalin (Tika) Gigi Judit Glegg, as follows:

1.  The Consent signed by both of the Applicant and Respondent;

2.  The Order made by the Honourable Judge Kruzick dated September 3, 2014;

3.  The Order made by the Honourable Judge Trimble dated October 1, 2014, the Costs Endorsement made by the Honourable Judge Trimble on November 21, 2014; and

4.  The Reasons delivered by the Honourable Judge Sproat on December 17, 2014 and the Endorsement of the Honourable Judge Sproat made on January 20, 2015.

Exhibit

A

Person Filing NYC 4443

FLR 25 (September 1, 2005)

www.DIVORCEmate.com

THIS COURT ORDERS THAT:

1. The Applicant, Robert Keith Glegg shall have custody and legal care and control of the child of the marriage namely ███████████ born July 17, 1999 ("the Child") up to and including July 17, 2017.

2. The Applicant and Katalin (Tika) Gigi Judit Glegg (the "Respondent"), having been guided solely by the considerations touching upon the welfare of the Child, agree that the Child shall reside primarily with the Applicant, with access to the Respondent.

3. The Respondent shall have access to the Child in Ontario, such access to be exercised in Halton County, Peel Region, or the Greater Toronto Area, as follows:

   i.   There shall be four (4) weekend visits per calendar year comprised of three (3) long weekends (duration of three to four days and three to four nights) and one (1) short weekend (duration of two days and two nights).

   ii.  The weekend visits in Ontario will take place in February, April, October and November.

4. The Respondent shall have access to the Child in Florida, U.S.A. each year as follows:

   i.   One (1) of the weeks of the school March Break (seven days and seven nights). The Child's March Break is two (2) weeks in duration. The Child shall travel to Florida on the second Saturday of the March Break and will return to Oakville on the third Saturday of the March Break. For the 2015 March Break, the Child will travel to Florida on March 14 and will return to Oakville on March 21;

   ii.  Four (4) weeks during the school Summer Break. The four weeks shall commence either on June 23rd or July 1st, at the Respondent's sole option. The Respondent shall advise the Father by May 1st of each year which date she chooses to start her summer access visit;

   iii. One (1) week of the Christmas Holidays, from December 19th to December 26th;

5. While the Applicant and Respondent acknowledge the need for flexibility in relation to the scheduling of the Mother's access visits, and will, to the fullest possible extent accommodate the reasonable requests of the other, the Applicant and Respondent agree that:

   i.   The Child's attendance at school shall at all times be given priority;

   ii.  The Child will not be taken out of school to enable access visits; and

iii.  If the Child is ill and not able to travel to Florida for an access visit, the Respondent shall be given make-up time during the school summer break.

6.  As an incident of custody, within the meaning of s.16 of the *Divorce Act* of Canada, the Applicant is hereby authorized to apprehend the Child, for the purpose of giving effect to his legal right to custody and legal possession of the Child.

7.  The police force having jurisdiction in any area where it appears to the Court that the child may be located, shall apprehend and deliver up the Child to the Applicant, or someone on his behalf if the Respondent withholds the Child, and if necessary, shall return the Child to her habitual residence in Ontario, forthwith.

8.  If the Respondent withholds the Child, then the Respondent shall cooperate fully with the Applicant, in facilitating the Child's return.

9.  The Applicant shall ensure that the Child has, at all times, a valid Canadian passport. The Respondent will cooperate fully in signing all documentation required to enable the Applicant to obtain a new passport for the Child, as and when required.

10.  The parties agree that up to and including July, 2017, no application shall be made by either party for a United States passport for the Child.

11.  The Applicant shall be permitted to travel with the Child outside of Canada without the Respondent's Consent.

12.  The Applicant and the Respondent have agreed that the issue of costs for the Motion heard on December 17, 2014 is to be settled by the payment by the Respondent to the Applicant of Nine Thousand ($9,000.00) Dollars, in three equal payments of Three Thousand ($3,000.00) Dollars to be paid quarterly commencing immediately.

13.  The parties will also cooperate in arranging for the terms of this Order of the Ontario Superior Court of Justice to be mirrored in an Order of the Court in Fort Lauderdale, Florida, USA which has jurisdiction relating to the issues set out in this Fifth Amending Agreement, so far as is practicable.

14. Notwithstanding this Order herein, the parties agree that the Fifth Amending Agreement executed by the parties shall remain in full force and effect, although in the event that there is a conflict between this Order and the Fifth Amending Agreement this Order shall prevail.

15. The Applicant and Respondent each shall pay their own costs of the obtaining of this Order.

*Put a line through any blank space left on this page.*

MAR 0 6 2015

_____
Date of signature

_____
Signature of judge or clerk of the court





This is Exhibit "     " referred to
of the affidavit ...
Sworn before me ... April 11, 2016
ontario

George Demetriou
Barrister & Solicitor
Notary Public and Commissioner of Oaths
in and for the province of Ontario.
My commission is of unlimited duration.
No legal advice given.

Court file no: 02-FP-273245

## ONTARIO
## SUPERIOR COURT OF JUSTICE

THE HONOURABLE MR.        )        DAY, THE 8TH  DAY
JUSTICE FERRIER           )
                          )   OF May        , 2002
                          )

BETWEEN:

### ROBERT KEITH GLEGG

Petitioner (Husband)

- and -

### KATALIN (TIKA) GIGI JUDIT GLEGG

Respondent (Wife)



## DIVORCE JUDGMENT

THIS MOTION made by the Petitioner for Judgment for Divorce was read before a Judge this day, at the City of Toronto, in the Province of Ontario. The Respondent was served with the Petition for Divorce but did not defend this action although properly served with the Petition for Divorce as evidenced by the Affidavit of Service filed.

ON READING the Petition for Divorce, the Affidavit of the Petitioner sworn March 25, 2002, and the Notice of Motion for Judgment, filed,

- 2 -

1.	THIS COURT ORDERS that a Court of competent jurisdiction shall, on the application of the Respondent for an Order requiring the Petitioner to secure or pay, or to secure and pay, any lump sum or periodic sum for her support, dismiss such application.

2.	THIS COURT ORDERS AND ADJUDGES that ROBERT KEITH GLEGG and KATALIN (TIKA) GIGI JUDIT GLEGG who were married in Milton, Ontario, on March 27, 1998 are divorced and that the divorce takes effect on _____June 8, 2002_____

```
SUPERIOR COURT OF JUSTICE
COUR SUPÉRIEURE DE JUSTICE
ENTERED / ENTRÉ

MAY 0 9 2002

per / par: ..........................
LOCAL REGISTRAR / GREFFIER LOCAL
```

THE SPOUSES ARE NOT FREE TO REMARRY UNTIL THIS JUDGMENT TAKES EFFECT, AT WHICH TIME A CERTIFICATE OF DIVORCE MAY BE OBTAINED FROM THIS COURT.   IF AN APPEAL IS TAKEN IT MAY DELAY THE DATE WHEN THIS JUDGMENT TAKES EFFECT.

Court File No.: 02-FP-273245

ONTARIO
SUPERIOR COURT OF JUSTICE

Proceeding commenced at TORONTO

DIVORCE JUDGMENT

BASTEDO STEWART SMITH
Barristers & Solicitors
180 Dundas Street West, Suite 1800
Toronto, Ontario
M5G 1Z8

T.G. Bastedo, Q.C., LSUC No. 12290 B
Bus.: (416) 595-1916
Fax: (416) 596-7538

Solicitors for the Petitioner

KATALIN (TIKA) GIGI JUDIT GLEGG

Respondent

- and -

ROBERT KEITH GLEGG

Petitioner

10.

Superior Court of Justice

*(Name of Court)*

| | Court File Number |
|---|---|
| | 4805/14 |

at   491 Steeles Avenue East, Milton, Ontario L9T 1Y7

*(Court office address)*

Form 14: Notice of Motion

### Applicant(s)

| Full legal name & address for service — street & number, municipality, postal code, telephone & fax numbers and e-mail address (if any). | Lawyer's name & address — street & number, municipality, postal code, telephone & fax numbers and e-mail address (if any). |
|---|---|
| Robert Keith Glegg<br>62 Bel Air Drive<br>Oakville, Ontario<br>L6J 7N1 | Herschel I. Fogelman/Erin Chaiton-Murray<br>Basman Smith LLP<br>Barristers and Solicitors<br>1 Dundas Street West, Suite 2400, Box 37<br>Toronto, Ontario M5G 1Z3<br><br>Tel: (416) 860-1938/41<br>Fax: (416) 860-1939/43<br>hfogelman@basmansmith.com<br>echaiton-murray@basmansmith.com |

### Respondent(s)

| Full legal name & address for service — street & number, municipality, postal code, telephone & fax numbers and e-mail address (if any). | Lawyer's name & address — street & number, municipality, postal code, telephone & fax numbers and e-mail address (if any). |
|---|---|
| Katalin (Tika) Gigi Judit Glegg<br>2816 NE 24th PLace<br>Ft. Lauderale, Florida<br>33305 | Christina Doris<br>WILSON CHRISTEN LLP<br>134 Church Street<br>Toronto, Ontario M5B 1Y5<br><br>Tel: 416-956-5636<br>Fax: 416-360-1350<br>christina@wilsonchristen.com |

*The person making this motion or the person's lawyer must contact the clerk of the court by telephone or otherwise to choose a time and date when the court could hear this motion.*

**TO THE PARTIES:**

**THE COURT WILL HEAR A MOTION** on *(date)* April 21, 2016

at *(time)* 10:00 am , or as soon as possible after that time at: *(place of hearing)*

491 Steeles Avenue East, Milton, Ontario L9T 1Y7

This motion will be made by *(name of person making motion)* Robert Keith Glegg
who will be asking the court for an order for the item(s) listed on page 2 of this notice

[x] A copy of the affidavit(s) in support of this motion is served with this notice.

[ ] A notice of a case conference is served with this notice to change an order.

If this material is missing, you should talk to the court office immediately.

The person making this motion is also relying on the following documents in the continuing record: *(List documents)*

If you want to oppose this motion or to give your own views, you should talk to your own lawyer and prepare your own affidavit, serve it on all other parties not later than 4 days before the date above and file it at the court office not later than 2 days before that date. Only written and affidavit evidence will be allowed at a motion unless the court gives permission for oral testimony. You may bring your lawyer to the motion.

**IF YOU DO NOT COME TO THE MOTION, THE COURT MAY MAKE AN ORDER WITHOUT YOU AND ENFORCE I AGAINST YOU.**

00175549-1



April 7, 2016
_____
Date of signature

Signature of person making this motion or of person's lawyer

Herschel I. Fogelman/Erin Chaiton-Murray
Basman Smith LLP
Barristers and Solicitors
1 Dundas Street West, Suite 2400, Box 37
Toronto, Ontario M5G 1Z3
Tel: (416) 860-1938/41
Fax: (416) 860-1939/43
hfogelman@basmansmith.com/
echaiton-murray@basmansmith.com

Typed or printed name of person or of person's lawyer, address fo
service, telephone & fax number & e-mail address (if any)

**NOTE TO PERSON MAKING THIS MOTION:** You MUST file a Confirmation (Form 14C) not later than 2:00 p.m.
days before the date set out above.

If this is a motion to change past and future support payments under an order that has been assigned to a govern
agency, you must also serve this notice on that agency. If you do not, the agency can ask the court to set aside any o
that you may get in this motion and can ask for court costs against you.

State the order or orders requested on this motion.

1. An Order abridging the time for service and filing of this motion, if necessary.

2. An Order, pursuant to Rule 1.(8) of the *Family Law Rules*, declaring that the Responde
breached the terms of the Final Order of Justice Miller dated March 4, 2015 and specifica
paragraph 1 of that Order that provides the Applicant with sole custody of the child,
▬▬▬▬, born July 17, 1999.

3. An Order for costs on a substantial indemnity basis.

4. Such further and other Orders as counsel may advise and this Honourable Court deems just.